97 F.3d 1170
 Paul M. GAMBOA, Plaintiff-Appellant-Cross-Appellee,
v.
Winona E. RUBIN, Director, Dept. of Human Services, State of
Hawaii,
Defendant-third-party-plaintiff-Appellee-Cross-Appellant,
v.
Donna E. SHALALA, Secretary of Health & Human Services,
Defendant-third-party-defendant-Appellee.
 Nos. 94-15302, 94-15303.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 18, 1996.
 
 ORDER
 Prior report: 80 F.3d 1338.
 HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.